UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISTIN E. JOHNSON                                                          PLAINTIFF

V.                            No. 4:20-cv-01231-JM-JTR

DOE                                                                         DEFENDANT

## ORDER

Plaintiff Kristin E. Johnson has not complied with the April 5, 2021 Order directing her to pay the $400 filing fee in full or submit a properly completed application to proceed *in forma pauperis*. *Doc. 5.* Nor has she complied with the April 26, 2021 Order directing her to file a notice of her current mailing address. *Doc. 7.* The time to comply with these Orders has expired. Mail sent to Johnson at her address of record, the East Central Arkansas Community Correction Center, has been returned as undeliverable, with no forwarding address and a notation that Johnson has been paroled. *Docs. 6, 8 & 9.*

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 1st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE