UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISTIN E. JOHNSON                                                                                 PLAINTIFF

V.                                        No. 4:20-cv-01231-JM-JTR

DOE                                                                                                DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 1st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE